LAW OFFICES OF
# SCOTT A. LUCAS
600 Mamaroneck Avenue
Suite 400
Harrison, New York 10528

_____

www.lucasemploymentlaw.com
(Direct) (646) 342-1139
(Office) (646) 632-3737

Of Counsel
STEVEN MITCHELL SACK

February 24, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Ikigai Marketing Works, LLC v. Louis Brofsky; 24-cv-7864 (AS)*

Dear Judge Subramanian:

    As counsel for Defendant Louis Brofsky, I write pursuant to the Court's February 20, 2025, scheduling order (Dkt. 25) to inform the Court that Mr. Brofsky will file a Motion to Dismiss Ikigai Marketing Works, LLC's Amended Complaint on or before March 4, 2025, on the grounds that it, like the original, fails to state a claim upon which relief can be granted.
.

                          Respectfully submitted,

                          */S/ Scott A. Lucas*

                          Scott A. Lucas

cc: All counsel (via ECF)

---

The original motion to dismiss is denied as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 24, 2025